UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDWIN J. WALKER, | No. 2:15-cv-2193 DB P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Upon screening, the court found petitioner failed to state a potentially cognizable claim and gave petitioner thirty days to file an amended petition if he intends to proceed in this court. (Mar. 8, 2017 Order (ECF No. 7).)  Thirty days have passed and petitioner has not filed an amended petition or otherwise responded to the court's March 8 order.  Petitioner will be given one more opportunity to amend his petition.

Accordingly, IT IS HEREBY ORDERED that petitioner shall file any amended petition within thirty days of service of this order.  Petitioner is advised that his failure to file an amended

////

////

////

////

1

petition in accordance with the March 8 order will result in a recommendation that this case be

dismissed without prejudice.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

DATED:  April 17, 2017

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/walk2193.fta or